315 South Beverly Holdings LLC
315 South Beverly Drive Suite 504
Beverly Hills, CA 90212

Ackermann & Tilajef
Attn Craig Ackermann
315 South Beverly Drive Suite 504
Beverly Hills, CA 90212

Advanced Lock & Key
Attn David
2524 1/2 Lincoln Blvd
Venice, CA 90291

AEI Consultants
Attn Alex Smith
20 Gibson Place Suite 310
Freehold, NJ 07728

Alliance Security
Attn Mike Anderson
19425 Soledad Canyon Rd
Canyon County, CA 91351

AT&T
PO Box 5014
Carol Stream, IL 60197

AT&T
PO Box 5019
Carol Stream, IL 60197

AT&T
PO Box 5025
Carol Stream, IL 60197

Bakertilly Advisory Group
Attn Joshua Heberling
200 E Las Olas Blvd 19th Floor
Fort Lauderdale, FL 33301

Bay Efficiency
581 56th St
Oakland, CA 94609

Berkowitz
Attn Joshua Heberling
200 E Las Olas Blvd 19th Floor
Fort Lauderdale, FL 33301

CBRE Inc
Attn Kyle Widener
PO Box 740935
Los Angeles, CA 90074

City of Beverly Hills
Attn Scott Stephens Fire Marshal
445 N Rexford Drive
Beverly Hills, CA 90210

City of Beverly Hills
Attn Ask BH Customer Relations Team
PO Box 103620
Pasadena, CA 91189

City of Beverly Hills Business Tax Division
Attn Jose Zaragoza
455 N Rexford Dr 3rd Floor
Beverly Hills, CA 90210

CNA Insurance
Attn Amanda Posey
PO Box 74007619
Chicago, IL 60674

Commercial Realty Partners
Attn Carol Roth
9440 Santa Monica Blvd Suite 301
Beverly Hills, CA 90210

Community Realty & Construction
Attn Joseph Salazar
1205 Pine Ave Suite 205
Long Beach, CA 90813

CSC Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

CT
PO Box 4349
Carol Stream, IL 60197

Daniel Horwitz Co
Attn Denise Walker
315 South Beverly Drive Suite 508
Beverly Hills, CA 90212

Delaware Secretary of State
Attn State of DE Division of Corporations
PO Box 5509
Binghamton, NY 13902

Department of Industrial Relations
488 E Santa Clara St Ste 206
Arcadia, CA 91006

Dimensions
Attn Adam Kempf
17777 Center Court Dr
Cerritos, CA 90703

Diversified Thermal Services
Attn Tom Angileri
1220 North Barsten Way
Anaheim, CA 92806

Dynam Investments
Attn Josh Emrani
315 South Beverly Drive Suite 212
Beverly Hills, CA 90212

Enviro-Tec
Attn Genna Driskell
13963 Ramona Ave Suite D
Chino, CA 91710

Equitable Real Estate
Attn Bryan Sboray
161 Via Rosina
Jupiter, FL 33458

Firsel Ross Gussis & Alexander
Attn Samual P Gussis Esq
10 Parkway North Boulevard Suite 110
Deerfield, IL 60015

Foothill Fire Protection
Attn Jonny Bartee
314 Harford Place
Upland, CA 91786

Gale Jordan Associates
Attn Joanie Keiser
3868 Carson Street Suite 328
Torrance, CA 90503

Glendale Gardens
Attn David Neman
315 South Beverly Drive Suite 410
Beverly Hills, CA 90212

Golden State Electric
Attn Dennis Trauth
21342 Conradi Ave
Torrance, CA 90502

Grady Hunt
Attn Lauren Hunt
2525 Ponce de Leon Boulevard Suite 300
Corral Gables, FL 33134

Great Gable
Attn Cheyenne Cali
315 South Beverly Drive Suite 406
Beverly Hills, CA 90212

Greenberg Glusker Fields Claman & Machtinger LLP
Attn Norman H Levine
2049 Centure Park East Suite 2600
Los Angeles, CA 90067

Hamburg Karic
Attn Steven Karic
132 North Norton Avenue
Los Angeles, CA 90004

J&J Gardening
Attn Lori Bustamante
2708 Wilshire Blvd Suite 164
Santa Monica, CA 90403

Joel Mogy
Attn Daniel Inlender
315 South Beverly Drive Suite 400
Beverly Hills, CA 90212

Kevin Cortrite Gates
Attn Kevin Cortrite
2727 Sasha Ct
Simi Valley, CA 93063

Kone
Attn David Hostalek Account Manager
1821 Tyburn Street
Glendale, CA 91204

Law Office of H Joseph Nourmand and Corewell Partners
Attn Aaron Yashouafar
315 South Beverly Drive Suite 412
Beverly Hills, CA 90212

Law Office of Lewis B Adelson
Attn Lewis Adelson
578 Washington Blvd Suite 880
Marina Del Rey, CA 90292

Lawrence Doors
Attn Lupe Camacho
4525 Littlejohn Street
Baldwin Park, CA 91706

LoanCore Capital LLC
Attn Kimberly Lutterman
315 South Beverly Drive Suite 310
Beverly Hills, CA 90212

LoanCore Capital LLC
Attn Notices
315 South Beverly Drive Suite 310
Beverly Hills, CA 90212

LoanCore Capital LLC
Attn Steve Graines
315 South Beverly Drive Suite 310
Beverly Hills, CA 90212

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054

Losvet Co Property Management
Attn Nassir Losvet
315 South Beverly Drive Suite 506
Beverly Hills, CA 90212

Lucky Town Associates Inc
Attn Robert Gold
1045 Lachman Lane
Pacific Palisades, CA 90272

Maredand LLC
Attn Eddy Simonian
315 South Beverly Drive Suite 215
Beverly Hills, CA 90212

Mark Sage
Attn Mark Sage
315 South Beverly Drive Suite 300
Beverly Hills, CA 90212

Mark Sage
Attn Mark Sage
315 South Beverly Drive Suite 307
Beverly Hills, CA 90212

Media360VR
14343 Addison Street
Los Angeles, CA 91423

Meyer & Downs
Attn Emily Downs
315 South Beverly Drive Suite 206
Beverly Hills, CA 90212

Momar Inc
Attn Telisa Butler
PO Box 19569
Atlanta, GA 30325

MRI
Attn Jared Kammer
28925 Fountain Pkwy
Solon, OH 44139

Newmark & Co Real Estate
PO Box 741305
Los Angeles, CA 90074

Noah Laracy
Attn Noah Laracy
315 South Beverly Drive Suite 409
Beverly Hills, CA 90212

Orkin
Attn Laura Baccus
12710 Magnolia Ave
Riverside, CA 92503

Phil Goodlett
Attn Engels Law APC Christophr M Engels
2900 Bristol Street Suite G205
Costa Mesa, CA 92626

Phil Goodlett PM2 Consulting Inc
Attn Engels Law APC Christophr M Engels
2900 Bristol Street Suite G205
Costa Mesa, CA 92626

Phil Goodlett Regal Building Services Inc
Attn Engels Law APC Christophr M Engels
2900 Bristol Street Suite G205
Costa Mesa, CA 92626

Playa Building Services Inc
Attn Engels Law APC Christophr M Engels
2900 Bristol Street Suite G205
Costa Mesa, CA 92626

Premier Property Preservation LLC
Attn Jon Varsobia
9737 Frankirst Avenue
North Hills, CA 91343

Reif Law Group
Attn Brandon Reif
315 South Beverly Drive Suite 315
Beverly Hills, CA 90212

Rindtek Inc
Attn Paul Tran
3780 Kilroy Airport Way Suite 200
Long Beach, CA 90806

Riviera Financial
Attn Paul Baldecchi
315 South Beverly Drive Suite 501
Beverly Hills, CA 90212

Rons A-1 Plumbing
Attn Ron
15500 Erwin Street Suite 1045
Van Nuys, CA 91411

Sayareh Hallegua CPA
Attn Cici Hallegua
315 South Beverly Drive Suite 301
Beverly Hills, CA 90212

SDB Partners
Attn Ro Diamond
315 South Beverly Drive Suite 411
Beverly Hills, CA 90212

Secretary of State
Attn Business Programs Division
1500 11th Street
Sacramento, CA 95814

Sign Excellence
Attn Rachel Hermosura
12701 Van Nuys Blvd Suite E
Pacoma, CA 91331

Simpson Gumpertz & Heger
Attn James McDonald
480 Totten Pond Road
Waltham, MA 02451

Smith Gambrell Russell
Attn Linda Koffman
444 South Flower Street Suite 1700
Los Angeles, CA 90071

SoCal Gas - The Gas Company
PO Box C
Monterey Park, CA 91756

Southern California Edison
PO Box 6400
Rancho Cucamonga, CA 91729

SSA Construction
Attn Siegfried Aguilar
PO Box 180410
Los Angeles, CA 90018

Tel-US
5757 W Century Blvd Suite 120
Los Angeles, CA 90045

TEM Total Environmental Management
1415 N Burton Place
Anaheim, CA 92806

The Beverly Hills Insurance Group
Attn Carl Fletcher
315 South Beverly Drive Suite 500
Beverly Hills, CA 90212

Tornante
Attn Val Kuhns
315 South Beverly Drive Suite 211/201
Beverly Hills, CA 90212

Tri-Signal
Attn Lauren Hicks
28110 Avenue Stanford Suite D
Valencia, CA 91355