# EXHIBIT A

**Proposed Order**

(See Attached)

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

**KELLER BENVENUTTI KIM LLP**
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
TRACI SHAFROTH (Cal. Bar. No. 251673)
(tshafroth@kbkllp.com)
TYLER DAVIS (Cal. Bar No. 338117)
tdavis@kbkllp.com
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>315 South Beverly Drive, LLC,<br><br>Debtor. | Case No. 2:26-bk-20221 (BB)<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER AUTHORIZING THE RETENTION OF KELLER BENVENUTTI KIM LLP AS DEBTOR'S GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE**<br><br>[No Hearing Requested] |

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104

Upon the Application, dated as of October 26, 2026 [Docket No. [ ]] (the "Application"),[1] of the debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 Case for entry of an order, pursuant to sections 327(a) and 330 of Bankruptcy Code, Rules 2014(a) and 2016 of the Bankruptcy Rules, and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules, appointing Keller Benvenutti Kim LLP ("KBK") as general bankruptcy counsel to the Debtor in this Chapter 11 Case, effective as of the Petition Date; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *General Order No. 13-05* (C.D. Cal. Jul. 1, 2013), and Rule 5011-1(a) of the Local Bankruptcy Rules; and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Application as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application and the Richards Declaration; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate, creditors, members, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted as set forth herein.

2. The Debtor is authorized to employ KBK as its bankruptcy counsel, pursuant to section 327(a) of the Bankruptcy Code, effective as the Petition Date, and in accordance with the terms and conditions in the Application and the Engagement Letter attached to the Richards Declaration as Exhibit 2.

3. KBK shall be compensated in accordance with the procedures set forth in Bankruptcy Code section 330 and 331, the applicable Bankruptcy Rules, and the Local Bankruptcy

---

[1] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

Rules, any administrative order governing professional fees in this case, and any such procedures as may be fixed by order of this Court.

4. Compensation for fees and reimbursement of expenses are subject to Court approval.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**END OF ORDER**

KELLER BENVENUTTI KIM LLP
101 MONTGOMERY STREET, SUITE 1950
SAN FRANCISCO, CA 94104